

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00186-CV

**IN RE** Josefina **LOPEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: April 22, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On March 30, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CVH-002055-C3, styled *Josefina Lopez v. Germania Farm Mutual Insurance Company and Christopher Yates*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Victor Villarreal presiding.